OPINIONS PER CURIAM, ETC.,
FROM OCTOBER 14, 1912, TO JANUARY 13, 1913.

No. 396. KANSAS CITY, MISSOURI, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS EX REL. JOSEPH TAGGART, COUNTY ATTORNEY, ET AL.  In error to the Supreme Court of the State of Kansas.  Motion to dismiss or affirm or place on the summary docket submitted October 15, 1912.  Decided October 28, 1912. *Per Curiam:* Dismissed for the want of jurisdiction. (*American Sugar Ref. Co.* v. *Louisiana,* 179 U. S. 89; *Williams* v. *Fears, ib.,* 270; *Billings* v. *Illinois,* 188 U. S. 97, 101; *Cook* v. *Marshall County,* 196 U. S. 261, 273–274; *Michigan C. R. Co.* v. *Powers,* 201 U. S. 245, 293; *Farrell* v. *O'Brien,* 199 U. S. 100; *Patterson* v. *Colorado ex rel. Attorney General,* 205 U. S. 254; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 118.)  *Mr. John G. Park* for the plaintiff in error. *Mr. L. W. Keplinger* for the defendants in error.

———

No. 519. JACOB GLOS ET. AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF CHICAGO, IN TRUST FOR THE USE OF THE SCHOOLS, ET AL.  In error to the Supreme Court of the State of Illinois.  Motion to dismiss or affirm submitted October 21, 1912.  Decided October 28, 1912. *Per Curiam:* Dismissed for the want of jurisdiction. (*Minnesota Iron Co.* v. *Kline,* 199 U. S. 593; *Howard* v. *Kentucky,* 200 U. S. 164, 172; *Tracy* v. *Ginsberg,* 205 U. S. 170, 177–178; *King* v. *West Virginia,* 216 U. S. 92, 101; *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Goodrich* v. *Ferris,* 214 U. S. 71, 79. Plaintiffs in error *pro sese. Mr. Angus Roy Shannon* and *Mr. George Gillette* for the defendants in error.